**DICKINSON WRIGHT PLLC**
JOHN L. KRIEGER, ESQ.
Nevada Bar No. 6023
Email: jkrieger@dickinson-wright.com
LUIS E. MONTANEZ, ESQ.
Nevada Bar No. 16281
Email: lmontanez@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: (702) 550-4400

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MOUNTAIN WEST LA WYERS; MOUNTAIN WEST LAWYERS LAS VEGAS NV, fka MOUNTAIN WEST LA WYERS LAS VEGAS PLLC, fka MYERS & GOMEL, PROF CORP. dba MOUNTAIN WEST LAWYERS, | Case No. 2:25-cv-01775-CDS-DJA |
| Plaintiff, | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| FETZER BOOTH, P.C. dba MOUNTAIN WEST LAW, fka FETZER SIMONSEN BOOTH & JENKINS, P.C. dba MOUNTAIN WEST LAW, DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |
| AND ALL RELATED MATTERS. | |

PLEASE TAKE NOTICE that Plaintiff MOUNTAIN WEST LAWYERS; MOUNTAIN WEST LAWYERS LAS VEGAS NV, fka MOUNTAIN WEST LAWYERS LAS VEGAS PLLC, fka MYERS & GOMEL, PROF CORP. dba MOUNTAIN WEST LAWYERS ("Plaintiff") hereby substitute John L. Krieger and Luis E. Montanez, of the law firm of Dickinson Wright PLLC to represent them for all claims and purposes in the above-entitled action in the place of Jeffrey R. Gomel and Jason L. Earnest of Mountain West Lawyers.

DATED: February _____, 2026    2/26/2026 | 4:33 PM PST

**MOUNTAIN WEST LAWYERS**

By _Jeff Gomel_____
Signed by:
36A090AFFF0740C...

Its: _President_____

**CONSENT TO SUBSTITUTION**

The law firm of Dickinson Wright PLLC acknowledges that Plaintiff is substituting Jeffrey R. Gomel and Jason L. Earnest of Mountain West Lawyers to represent Plaintiff for all claims and purposes in the above-entitled action and consents to same.

DATED: February 26, 2026    2/26/2026 | 4:33 PM PST

**MOUNTAIN WEST LAWYERS**

/s/ Jeff Gomel

JEFFREY R. GOMEL
Nevada Bar No. 3067
2470 St. Rose Parkway, Suite 311
Henderson, Nevada 89074

**ACCEPTANCE OF REPRESENTATION**

John L. Krieger and Luis E. Montanez of the law firm of Dickinson Wright PLLC hereby accept substitution as counsel for Plaintiff for all claims and purposes in the above-entitled action.

DATED: February 26, 2026

**DICKINSON WRIGHT PLLC**

*/s/John L. Krieger*
JOHN L. KRIEGER, ESQ.
Email: jkrieger@dickinson-wright.com
LUIS E. MONTANEZ, ESQ.
Nevada Bar No. 16281
Email: lmontanez@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 2/27/2026

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of February, 2026, a true and correct copy of the foregoing STIPULATION FOR SUBSTITUTION OF COUNSEL was served via CM/ECF to the following parties:

**SBW LAW GROUP**
Clayton P. Brust
3600 Mayberry Drive
Reno, Nevada 89509
Email: cbrust@sbwlawgroup.com

*Attorneys for Defendant*

                                              */s/ Ashley B. Moretto*
                                              An Employee of Dickinson Wright PLLC