**DICKINSON WRIGHT PLLC**
John L. Krieger, Esq.
Nevada Bar No. 6023
Luis E. Montanez, Esq.
Nevada Bar No. 16281
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
Email:  jkrieger@dickinsonwright.com
Email:  lmontanez@dickinsonwright.com

*Attorneys for Plaintiffs Mountain West Lawyers*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MOUNTAIN WEST LAWYERS; MOUNTAIN WEST LAWYERS LAS VEGAS NV, fka MOUNTAIN WEST LAWYERS LAS VEGAS PLLC, fka MYERS & GOMEL, PROF CORP. dba MOUNTAIN WEST LAWYERS, <br><br> Plaintiffs, <br><br> vs. <br><br> FETZER BOOTH, P.C. dba MOUNTAIN WEST LAW, fka FETZER SIMONSEN BOOTH & JENKINS, P.C. dba MOUNTAIN WEST LAW, DOES I through X and ROE CORPORATIONS I through X, inclusive. <br><br> Defendants. <br><br> AND ALL RELATED MATTERS. | Case No.: 2:25-cv-01775-CDS-DJA <br><br><br> **STIPULATION AND ORDER GRANTING PLAINTIFFS LEAVE TO AMEND THEIR COMPLAINT AND FILE A SECOND AMENDED COMPLAINT** |

Plaintiffs, Mountain West Lawyers and Mountain West Lawyers Las Vegas NV, fka Mountain West Lawyers Las Vegas PLLC, fka Myers & Gomel, Prof. Corp. dba Mountain West Lawyers, and Defendant Fetzer Booth P.C. dba Mountain West Law, fka Fetzer Simonsen Booth & Jenkins, P.C. dba Mountain West Law, hereby stipulate and agree to permit Plaintiffs to amend their complaint pursuant to Fed. R. Civ. P. ("FRCP") 15(a)(2) as follows:

1

1.      Plaintiffs seek to amend their First Amended Complaint (the "FAC") to clarify their causes of action and the alleged facts supporting the causes of action. Specifically, Plaintiffs, by way of a Second Amended Complaint (the "SAC"), seek to clarify their causes of action, namely that causes of action two through four sought declarations of rights from this Court that were tantamount to causes of action seeking to cancellation of Defendant's "Mountain West Law" trademark (US Registration No. 5463545) for fraud on the United States Patent and Trademark Office. In an effort to more clearly plead their causes of action and the alleged facts underlying them, Plaintiffs seek to file a SAC.

2.      In compliance with Local Rule 15-1, Plaintiffs hereby attach a copy of the SAC.

3.      Defendant hereby notifies the Court Defendant consents to allow Plaintiffs to amend the FAC and file and serve the SAC.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

4.    By entering into this stipulation, Defendant does not admit to the sufficiency or merits of any claim in the SAC and reserves its right to respond to the SAC by way of motion.

**IT IS SO STIPILAUTED AND AGREED.**

DATED: June 8, 2026                              DATED: June 8, 2026

**DICKINSON WRIGHT PLLC**                         **SBW LAW GROUP**

*/s/ John L. Krieger*                             */s/ Chad Pehrson*

John L. Krieger, Esq.                            Clayton P. Brust, Esq.
Nevada Bar No. 6023                              Nevada Bar No. 5234
Luis E. Montanez, Esq.                           3600 Mayberry Drive
Nevada Bar No. 16281                             Reno, Nevada 89509
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169                          and

*Attorneys for Plaintiffs Mountain West*          Chad Pehrson, Esq. (*PVH Application to be*
*Lawyers*                                         *Filed*)
                                                 KNH LLP
                                                 50 West Broadway, Suite 900
                                                 Salt Lake City, Utah 84101

                                                 *Attorneys for Defendant/Counterclaimant*
                                                 *Fetzer Booth, P.C.*


                                                  **IT IS SO ORDERED**:

                                                 _____
                                                 DANIEL J. ALBREGTS
                                                 UNITED STATES MAGISTRATE JUDGE

                                                 DATED: 6/9/2026

3